# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALVIN E. ADAMSON II, | Case No. 2:17-cv-00514-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 16) |
| JIM RANKIN, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for preliminary injunction, filed on an emergency basis. Docket No. 16. Despite its label, the motion does not appear to relate to a preliminary injunction because it consists mainly of discovery rules, and Plaintiff states that "all timed proceedings should stop." *Id.* at 2-3.

Because the Court cannot discern what relief Plaintiff seeks, the Court hereby **DENIES** this motion without prejudice. Docket No. 16. Any renewed motion must make clear the relief that Plaintiff is seeking. Additionally, any motion seeking emergency relief must explain the nature of the emergency and meet all other requirements for filing emergency motions. *See* Local Rule 7-4.

IT IS SO ORDERED.

DATED: June 22, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge