UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALVIN E. ADAMSON II, | Case No. 2:17-CV-514 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| REPUBLIC SERVICES OF SILVER STATE, | |
| Defendant(s). | |

Presently before the court is the matter of *Adamson v. Republic Services of Silver State et al*, case no. 2:17-cv-00514-JCM-NJK.

On May 4, 2017, the clerk of court filed a notice of intent to dismiss pursuant to F.R.C.P. 4(m), indicating that no proof of service had been filed as to Jim Rankin, Armando T. and Sharon Klink (collectively, "defendants"). (ECF No. 13). Since that date, plaintiff has not responded to the notice or filed proof of service as to these defendants.[1]

Accordingly,

IT IS HEREBY ORDERED that plaintiff's claims against defendants in the matter of *Adamson v. Republic Services of Silver State et al*, case no. 2:17-cv-00514-JCM-NJK, be, and the same hereby are, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED January 4, 2018.

UNITED STATES DISTRICT JUDGE

---

[1] The court dismissed plaintiff claims against the only other defendant in the case, Republic Services of Silver State, when it granted defendant's motion to dismiss. (ECF No. 15).

**James C. Mahan**
**U.S. District Judge**